UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LANIE DRINION THOMISEE**  D.O.C. # 1538636 | **DOCKET NO. 24-cv-00062**  **SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **POLICE DEPT. OF LAKE CHARLES** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Doc. 10) of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Thomisee's Motion for Temporary Restraining Order be **DENIED**.

**THUS DONE AND SIGNED** in chambers this 2nd day of October, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE